No. 75-679. INTERNAL REVENUE SERVICE *v.* FRUEHAUF CORP. ET AL. C. A. 6th Cir. [Certiorari granted, 423 U. S. 1047.] Motion of respondents for oral argument during the current term of Court, or, in the alterna-

tive, to vacate stay of judgment of the United States District Court for the Eastern District of Michigan denied.